# Court of Appeals
# of the State of Georgia

ATLANTA,   July 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2020.  MICHELLE H. BAPTISTE v. PHILIP M. J. BAPTISTE III.**

Michelle Baptiste and Philip Baptiste III divorced in 2010.  In 2012, Michelle filed a motion for contempt, alleging that Philip had failed to comply with various portions of the divorce decree.  After the trial court issued a ruling on her petition, Michelle filed this direct appeal.

Because Michelle's contempt action was based on alleged violations of the parties' divorce decree, appellate jurisdiction lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6) (Supreme Court has jurisdiction over "[a]ll divorce and alimony cases"); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/02/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*